# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * <br> **BAE SYSTEMS TECHNOLOGY** * <br> **SOLUTIONS & SERVICES, INC.,** * <br> * <br> **Plaintiff,** * <br> v. * <br> * <br> **UNITED STATES,** * <br> * <br> **Defendant.** * <br> * <br> * * * * * * * * * * * * * * * | No. 12-700C <br> Filed: April 10, 2015 |

**O R D E R**

The court is in receipt of parties' April 10, 2015 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2014), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, expenses, and attorney's fees. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**